PFE/WRM Mar. 2024
GJ# 21

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | No. |
| ) | |
| **KEMONTAY D. SMITH** ) | |

## <u>INDICTMENT</u>

<u>COUNT ONE:</u>  [18 U.S.C. § 922(o) and 924(a)(2)]

The Grand Jury charges that:

On or about the 27th day of September 2023, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**KEMONTAY D. SMITH**,

did knowingly possess a machinegun, that is, a Glock .45 caliber pistol modified by the installation of a machinegun conversion device designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, commonly referred to as a "Glock Switch," in violation of Title 18, United States

Code, Sections 922(o) and 924(a)(2).

A TRUE BILL

*/s/ Electronic Signature*
 FOREPERSON OF THE GRAND JURY

                                                PRIM F. ESCALONA
                                                United States Attorney

                                                */s/ Electronic Signature*
                                                WILLIAM R. MCCOMB
                                                Assistant United States Attorney